IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MALCOLM E. PFEIFFER-EL,
        Petitioner,

v.                                     **Judgment in a Civil Case**

UNITED STATES OF AMERICA; UNITED
STATES CONGRESS AND UNITED
STATES SUPREME COURT,
        Respondents.                   Case Number: 5:11-HC-2061-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for an initial review.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed.

This Judgment Filed and Entered on March 13, 2012, with service on:
Malcolm E. Pfeiffer-EL 0555827, Columbus Correctional Institution, P.O. Box 8, Brunswick, NC 28424 (via U.S. Mail)

March 13, 2012                                             /s/ Julie A. Richards
                                                                    Clerk